# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., | Case No. 20-cv-3024 |
| Plaintiff, | |
| v. | **Judge Martha M. Pacold** |
| FANSOMALL.COM, et al., | **Magistrate Judge Beth W. Jantz** |
| Defendants. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Entry of a Preliminary Injunction. Pursuant to Fourth Amended General Order 20-0012, Plaintiff has not noticed the Motion for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 29th day of June 2020.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Domain Names that have been transferred to Dior's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*