IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br> v. <br><br> FANSOMALL.COM, et al., <br><br> Defendants. | Case No. 20-cv-3024 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Beth W. Jantz** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") hereby dismisses this action without prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| topbrandsbags.com | 34 |

Dated this 17th day of September 2020.    Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A.*