IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br> v. <br><br> FANSOMALL.COM, et al., <br><br> Defendants. | Case No. 20-cv-3024 <br><br> **Judge Martha M. Pacold** <br><br> **Magistrate Judge Beth W. Jantz** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| myshape Store | 91 |
| Shop5588192 Store | 131 |

Dated this 21st day of September 2020.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A.*